# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

MARLON ROBERTSON, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

Case No. 2:21-cv-02507

VVF INTERVEST, LLC, VVF KANSAS, LLC, & VVF KANSAS SERVICES, LLC,

Defendants.

## ORDER

On June 13, 2022, Plaintiff Marlon Robertson ("Plaintiff") and Defendants VVF Intervest, LLC ("VVF Intervest"), VVF Kansas, LLC ("VVF Kansas"), and VVF Kansas Services, LLC ("VVF Kansas Services") (collectively, "Defendants"), through counsel, jointly filed Parties' Joint Motion to Conditionally Certify the Class and Authorize Issuance of Send Class Notice (Doc. 31) requesting that the Court 1) conditionally certify the class; 2) approve the Parties plan to provide notice of the collective action; 3) approve the Parties' Notice to the Class (Exhibit A to Doc. 31); and 4) toll the statute of limitations during the notice period, all by agreement of the Parties.

The Court hereby orders as follows:

1) The following Class is conditionally certified as follows for the purpose of sending notice:

    Current and former non-exempt hourly employees who were employed by VVF at its Kansas facility any time from November 2, 2018 through the present.

2) The Parties' Notice to the Class attached as Exhibit A to the Parties' joint motion is approved and to be sent to the Class;

3) The statute of limitations for Class members that opt-in and submit Consent to Join is tolled, by the Parties' agreement; and

4) Discovery is stayed until after the deadline for Plaintiff to file the Consent to Join from Class members.

5) The following deadlines apply:

| Event | Deadline |
|---|---|
| Defendant to identify scope of the class | 14 days after entry of this Order |
| Parties Retain Class Administrator | 30 days after Defendant identifies scope of the class |
| Defendants to provide class list to Class Administrator | 7 days after Parties retain Class Administrator |
| Class Administrator to send initial notice to Class via U.S. Mail and email. Defendants to post notice at their locations. | 21 days after Defendants provides class list to Class Administrator |
| Class Administrator to send email reminder for class about the opt-in deadline | 30 days after Class Administrator send initial notice to the Class |
| Deadline to opt-in | 45 days after Class Administrator sends initial notice |
| Deadline for Plaintiff to file consent to join | 14 days after the deadline for the Class to opt-in |

IT IS THEREFORE ORDERED, the Parties' Joint Motion to Conditionally Certify the Class, Doc. 31, is hereby GRANTED.

IT IS SO ORDERED.

Dated this 17th day of June, 2022, at Wichita, Kansas.

_____
Hon. Eric F. Melgren
Chief United States District Judge