IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| MARLON ROBERTSON, individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>VVF INTERVEST, LLC, VVF KANSAS, LLC, & VVF KANSAS SERVICES, LLC,<br><br>      Defendants. | Case No. 2:21-cv-02507 |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF COLLECTIVE ACTION SETTLEMENT

Plaintiff Marlon Robertson respectfully submits this motion for an order entering final approval of a proposed collective action settlement. This motion is not opposed by Defendants.

In support of this motion, Plaintiffs submit their Memorandum in Support, the Declaration of Matthew E. Osman (Class Counsel), and the Parties' Settlement Agreement and all attachments thereto.

For the reasons stated in his Memorandum in Support, Plaintiff request that the Court grant Plaintiff's motion and enter the Final Approval Order: (1) granting final collective certification; (2) approving the settlement as a fair and reasonable resolution of bona fide dispute; (3) awarding Plaintiff's Counsel's attorneys' fees, costs, and expenses, including the cost and expenses of settlement administration; (4) approving service payments to Plaintiff Robertson and Plaintiff Sampson Deloach; and (5) directing the Parties to carry out the terms of the Settlement Agreement.

WHEREFORE, the Plaintiff hereby requests that this Court grant this Motion and enter the Proposed Final Approval Order, attached as Exhibit A to the Settlement Agreement.

Dated: July 7, 2023            Respectfully submitted,

*/s/ Matthew E. Osman*
**OSMAN & SMAY LLC**
Matthew E. Osman, KS Bar No. 23563
David S. Kim, KS Bar No. 29471
7111 W. 151st Street, #316
Overland Park, Kansas 66223
Telephone: (913) 667-9243
Facsimile: (866) 470-9243
mosman@workerwagerights.com
dkim@workerwagerights.com
**COLLECTIVE ACTION COUNSEL**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 7, 2023, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

*/s/ Matthew E. Osman*
**COLLECTIVE ACTION COUNSEL**