# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**MARLON ROBERTSON, individually and on behalf of all other similarly situated,**

        **Plaintiff,**

v.                                Case No:   21-2507-EFM

**VVF INTERVEST, LLC, VVF KANSAS, LLC, & VVF KANSAS SERVICES, LLC,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED that:

pursuant to the Order Granting Final Approval of Collective Settlement Action, Doc. 50, filed on August 7, 2023, the Settlement is approved, and the parties' claims are dismissed (1) with prejudice as to Collective Members who negotiate their Settlement Checks within 120 days of issuance and (2) without prejudice as to Collective Members who fail to negotiate their Settlement Checks within 120 days of issuance.  Except as provided in the Settlement Agreement, each Party shall bear its own attorneys' fees, expenses, and costs.

This case is closed.

  November 14, 2023                                  SKYLER O'HARA
      Date                                                  CLERK OF THE DISTRICT COURT
                                                           by:  s/  Cindy McKee
                                                                 Deputy Clerk